IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 OCT 25 A 9: 42

Rance Freeman Gordon AIS 242696
Full name and prison number of
plaintiff(s)

v.

Elmore County Jail
C/O Purtell, C/O Whiten
Jail Administrator Bowers
C/O Reeves, C/O Evans

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:05cv1021-T
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit:
       Plaintiff(s) N/A

       Defendant(s) _____

   2.  Court (if federal court, name the district; if state court, name the county)
       N/A

   3.  Docket No. N/A

   4.  Name of Judge to whom case was assigned N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. PLACE OF PRESENT CONFINEMENT Elmore County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Elmore County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | C/O Purter | |
| 2. | C/O Whiten | |
| 3. | Jail Admin. Bowers | |
| 4. | CO Reeves | |
| 5. | CO Evans | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED September 22, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was physically assaulted and beat up like I was a dog.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
3-4:00 in the morning in Sucide cell. He came in and beat me while another gaurd was holding me halfway through it. C/O Parter C/O Whiten

GROUND TWO: I tryed to talk to someone about what happened to me they did not even come and talk to me

SUPPORTING FACTS: I was in Y cell, and I sent in 4 requests forms telling them to please come and talk to me about what happened and they refused to come talk to me. Nobody would come and talked to me. And they said a bunch of krap trying to cover up what they done. — Mr. Bowers / Mr. Franklin

GROUND THREE: Ever since then I've been harrased and my time here has been "Pure heck" Nobody wants to listen to me

SUPPORTING FACTS: Since then my water has been turned off, and they have teased me, and picked on me.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to put a lawsuit on Elmore County Jail. I would like to get justice served. I want them to quit harrasing me, and beating me. I want everybody to know how they are treating inmates in here.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  10-20-05  .
                (date)

_____
Signature of plaintiff(s)