IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANCE FREEMAN GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv1021-T |
| ) | WO |
| ELMORE COUNTY JAIL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 27, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby adopted, it is

ORDERED and ADJUDGED as follows:

1. The plaintiff's claims against the Elmore County Jail be and are hereby dismissed prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Elmore County Jail be and is hereby dismissed as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against the remaining defendants, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 28th day of November 2005.

    /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE