IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RANCE FREEMAN GORDON,            )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        CIVIL ACTION NO. 2:05-CV-1021-T
                                 )
OFFICER PURTER, et al.,          )
                                 )
        Defendants.              )

**ORDER**

On November 28, 2005, this court entered an order, a copy of which the Clerk mailed

to the plaintiff.  This order could not be delivered because the plaintiff was no longer at the

address he had provided for service.  In the order of procedure entered in this case, the court

instructed the plaintiff that he must immediately inform the court of any new address.  *See*

*Order of October 27, 2005 - Court Document No. 4* at 4-5.  It is clear from the foregoing that

the plaintiff has failed to comply with this requirement.  This case cannot properly proceed

in this court if the whereabouts of the plaintiff remain unknown.  Accordingly, it is

        ORDERED that:

        1.  On or before December 20, 2005, the plaintiff shall show cause why this case

should not be dismissed for his failure to comply with the orders of this court and his failure

to adequately prosecute this action.

        2.  The time allowed the defendants for filing their special report be and is hereby

STAYED until further order of this court.

The plaintiff is specifically *cautioned* that if he fails to respond to this order the

Magistrate Judge will recommend that this case be dismissed.

Done this 6th day of December, 2005.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE