IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANCE FREEMAN GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1021-T |
| ) | |
| OFFICER PURTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to consolidate filed by the defendants on December 2, 2005 (Court Doc. No. 8), and as the plaintiff has failed to provide the court with his current address, it is

ORDERED that the motion to consolidate be and is hereby DENIED at this time. The defendants are advised that if consolidation becomes appropriate the court will reconsider this motion.

Done this 6th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE