IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANCE FREEMAN GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-1021-WKW-CSC (WO) |
| | ) | |
| OFFICER PURTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 30, 2006, the Magistrate Judge filed a Recommendation (Doc. # 12) that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this Court. Plaintiff did not file any objections to the Recommendation.

Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation be and is hereby ADOPTED and that the plaintiff's action is DISMISSED without prejudice.

DONE the 23rd day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE