IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANCE FREEMAN GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-CV-1021-WKW- |
| | ) | CSC (WO) |
| OFFICER PURTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **FINAL JUDGMENT**

In accordance with order entered on this date, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

DONE the 23rd of February, 2006.

　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE